July 24, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

KINGS RIVER TRAIL ASSOCIATION, INC. AND KINGS RIVER VILLAGE COMMUNITY ASSOCIATION, INC., Appellants

NO. 14-12-00967-CV          V.

PINEHURST TRAIL HOLDINGS, L.L.C., Appellee

_____

PINEHURST TRAIL HOLDINGS, L.L.C., Appellant

NO. 14-12-01008-CV          V.

KEVIN DONNELLAN, MICHAEL DOLE, OLLIE DOLE, CARROLL KITE, JOAN KITE, GARY LEVICKY, EDWARD MILLER, SHIRLEY MILLER, ROBERT MORGAN, SYLVIA MORGAN, JOHN PING, MARSHA PING, JAMES POLK, DEBRA POLK, TERRY RAATZ, LINDA RAATZ, DOUGLAS SMITH, PAMELA SMITH, SIDNEY SMITH, RUTH SMITH, JOSEPH ZOLMAN, MARCEY ZOLMAN, DARIN LASATER, KRISTI LASATER, KINGS RIVER TRAIL ASSOCIATION, INC., AND KINGS RIVER VILLAGE COMMUNITY ASSOCIATION, INC., Appellees

_____

Cause No. 12-00967-CV, an appeal from the judgment signed, July 25, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below

**AFFIRMED**.  We order that each party shall pay its own costs incurred by reason of this appeal.  We further order this decision certified below for observance.

Cause No. 12-01008-CV, an appeal from the judgment signed, July 25, 2012, was  heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.  We order that each party shall pay its own costs incurred by reason of this appeal.  We further order this decision certified below for observance.